**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| United States of America | ) | CASE NO. 1:06CR594 |
| | ) | |
| Plaintiff | ) | Judge David D. Dowd, Jr. |
| | ) | |
| - vs - | ) | |
| | ) | **O R D E R** |
| Ivan Lewis | ) | |
| | ) | |
| Defendant | ) | |

A violation Report was filed in this case on December 6, 2010, and the Court referred this matter to Magistrate Judge Nancy Vecchiarelli to conduct revocation proceedings and to file a Report and Recommendation. The defendant Ivan Lewis, counsel for the defendant, Mr. Dennis Terez and counsel for the Government Mr. Daniel Riedl appeared before this Court on June 7, 2011.

The Court finds the defendant in violation of his terms and conditions of supervised release for illegal use of drugs as stated in the violation report.

IT IS ORDERED that the defendant is sentenced to a period of 12 months and one day, with credit for time already served in custody since February 11, 2011.  The Court recommends to the Bureau of Prisons that the defendant be committed at the Federal Medical Center Lexington in Lexington, Kentucky.

IT IS FURTHER ORDERED that upon release from confinement the period of supervised release will terminate.

| | |
|---|---|
| <u>June 8, 2011</u> | *s/David D. Dowd, Jr.* |
| Date | David D. Dowd, Jr. |
| | U.S. District Judge |